**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2515

_____

TROY J. CHILDERS,

             Plaintiff - Appellant,

     v.

JUDGE LARRY D. WILLIS, SR., Chesapeake Juvenile and Domestic
Relations District Court, in his official capacity; MARK
HERRING, Attorney General, Commonwealth of Virginia, Office
of the Attorney General, in his official capacity; CRAIG M.
BURSHEM, Deputy Commissioner, Director of the Division of
Child Support Enforcement, Department of Social Services, in
his official capacity,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Arenda L. Wright Allen,
District Judge.  (2:15-cv-00497-AWA-LRL)

_____

Submitted:  February 25, 2016      Decided:  February 29, 2016

_____

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy J. Childers, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy J. Childers appeals the district court's order dismissing his civil complaint without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Childers v. Willis, No. 2:15-cv-00497-AWA-LRL (E.D. Va. Nov. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED